## United States District Court — Violation Notice

| Field | Ticket 1 | Ticket 2 |
|---|---|---|
| Location Code | SF3 | SF3 |
| Violation Number | 9110925 | 9110924 |
| Officer Name (Print) | T Lopez | T Lopez |
| Officer No. | 335 | 335 |
| Date and Time of Offense | 9/3/2022 1631 | 9/3/2022 1631 |
| Offense Charged | 36 CFR 3.10(a)(1) | 36 CFR 3.11 |
| Place of Offense | Sands lot BISC | Sands lot BISC |
| Offense Description: Factual Basis for Charge | BUI Oper influence of Alcohol | Failure to Submit to Chemical test |

### Defendant Information

- Phone: (305) 822-3998
- Last Name: Cabrera
- First Name: Leonardo
- Street Address: 639 W 14th Street
- City: Hialeah
- State: FL
- Zip Code: 33010
- Date of Birth: 10/13/82
- Drivers License No.: C16652082413O
- D.L. State: FL
- Social Security No.: 1372
- Adult
- Sex: Male
- Hair: Bl
- Eyes: Bl
- Height: 5'10

### Vehicle

- VIN: 5SS24001J304
- Tag No.: FL2859MP
- State: FL
- Year: 04
- Make/Model: Spectre
- Color: Blue/White

Appearance is Required — Box A checked

Court Address: NP 22272709

Barcodes: *9110925*  *9110924*

# 22-MJ-03515-REID

FILED BY mml D.C.
Sep 6, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## United States District Court
### Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| SF3 | 9110923 | T Lopez | 335 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 9/3/2022
Offense Charged: ☒ CFR ☐ USC ☐ State Code
36 CFR 175.110
Place of Offense: Sands Cut BISC

Offense Description: Factual Basis for Charge — HAZMAT ☐
Visual Distress Signal Required Expired

**DEFENDANT INFORMATION** Phone: (305) 822-3998
Last Name: Cabrera
First Name: Leonardo
Street Address: 639 W 14th Street
City: Hialeah  State: FL  Zip: 33010  DOB: __/13/82
Drivers License No.: C166520824130  D.L. State: FL
Social Security No.: 1372
☒ Adult ☐ Juvenile   Sex: ☒ Male ☐ Female   Hair: Br  Eyes: Br  Height: 5'10  Weight: __

VEHICLE  VIN: SSS240015JJ04  CMV ☐
Tag No.: FL2859MP  State: FL  Year: 04  Make/Model: Spectra  Color: Blue

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.
$ ____ Forfeiture Amount
+ $30 Processing Fee
$ ____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
Court Address: NP22272709
Date: ____  Time: ____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature ____
Original - CVB Copy

*9110923*

---

## United States District Court
### Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| SF3 | 9110922 | T Lopez | 335 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 9/3/2022 11:31
Offense Charged: ☒ CFR ☐ USC ☐ State Code
36 CFR 3.8(b)(4)
Place of Offense: Sands Cut Biscayne National Park

Offense Description: Factual Basis for Charge — HAZMAT ☐
Exceed Flat Wake Zone

**DEFENDANT INFORMATION** Phone: (305) 822-3998
Last Name: Cabrera
First Name: Leonardo
Street Address: 639 W 14th Street
City: Hialeah  State: FL  Zip: 33010  DOB: __/13/82
Drivers License No.: C166520824130  D.L. State: FL
Social Security No.: 1372
☒ Adult ☐ Juvenile   Sex: ☒ Male ☐ Female   Hair: Br  Eyes: Br  Height: 5'10  Weight: __

VEHICLE  VIN: SSS240015J04  CMV ☐
Tag No.: FL2859MP  State: FL  Year: 04  Make/Model: Spectra  Color: Blue

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.
NP22272709

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.
$ ____ Forfeiture Amount
+ $30 Processing Fee
$ ____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
Court Address: ____
Date: ____  Time: ____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature ____
Original - CVB Copy

*9110922*

## STATEMENT OF PROBABLE CAUSE
### (For issuance of an arrest warrant or summons)

I state that on September 03, 2022 while exercising my duties as a law enforcement officer in the SOUTHERN District of Florida

At approximately, 1443 hours, while on patrol within the legislative boundaries of Biscayne National Park, I observed a white and blue Spectre brand vessel bearing FL-2859-AD traveling on plane and creating a wake while in the posted "No Wake Zone" surrounding Sands Cut.

It should be noted: Idle Speed – No Wake Zones are areas where vessels must be fully off plane and completely settled in the water, putting off a very small wake.

A vessel stop was conducted, and the operator and only occupant was identified by Florida Driver's License as CABRERA, LEONARDO. I then conducted a safety inspection and requested to see all the required safety equipment which resulted in violation for expired flares.

During the inspection, I noticed a strong odor of an alcoholic beverage emitting from CABRERA. I also observed CABRERA eyes to be red, bloodshot, and glossy.

At this time, I believed CABRERA maybe intoxicated. I then asked CABRERA to open his cooler. When CABRERA opened the cooler I observed numerous empty Heineken beer cans, each 1 pint, 5%. I then asked CABRERA how much he had to drink today. CABRERA stated, "I do not answer questions".

I then asked CABRERA to board the law enforcing vessel. CABRERA stated "No, I'm in the safety of my boat. I then informed CABRERA that I wanted to check to see if he was impaired or not. After refusing to board the LE vessel several times I grabbed Cabrera by the right arm and guided him to the LE vessel.

On board the LE vessel CABRERA was asked to conduct standardized field sobriety tests (SFSTs). CABRERA refused to take (SFSTs) or provide a breath sample to determine BAC. In addition, CABRERA refused to answer any questions relating to alcohol consumption. CABRERA was transported to Convey Point where he was read the Implied Consent Form, which he refused to sign. CABRERA again refused to conduct to standardized field sobriety tests or give a breath sample to determine BAC.

CABRERA, LEONARDO was issued United States District Court Violation for 36 CFR 3.8(b)(4), Exceed Flat Wake Zone.
CABRERA, LEONARDO was issued United States District Court Violation for 33 CFR 175.110, Visual Distress Signal Required (Expired).
CABRERA, LEONARDO was issued United States District Court Violation for 36 CFR 3.10(a)(1), BUI Operating While Under the Influence of Alcohol or Drugs.
CABRERA, LEONARDO was issued United States District Court Violation for 36 CFR 3.11, Failure to Summit to Chemical Test.

The incident was capture on Axon Body Camera
Case Number NP22272709

The foregoing statement is based upon:

☒ my personal observation ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: // **TIMOTHY LOPEZ**
Date (mm/dd/yyyy)     Officer's Signature

Digitally signed by TIMOTHY LOPEZ
Date: 2022.09.03 22:55:13 -04'00'

Probable cause has been stated for the issuance of a warrant.

Executed on: 9/4/2022
Date (mm/dd/yyyy)     U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident, **PASS** = 9 or more passenger vehicle,
**CDL** = Commercial driver's license, **CMV** = Commercial vehicle involved in incident.